AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                **CRIMINAL COMPLAINT**

**ANTHONY D. WINSLOW**          **TIFFANY N. PAIGE**
**DOB: 10/11/82**                **DOB: 8/9/88**
**PDID: 525-847**                **PDID: 592-846**         **CASE NUMBER:**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 4, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant **WINSLOW** did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Ruger 9mm handgun and a Norinco 7.62 x 39mm assault rifle, and 9mm ammunition, .380 caliber ammunition, and 7.62 x 39mm ammunition; and defendants Winslow and Paige did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __18 & 21__ United States Code, Section(s) __922(g)(1) and 841(a)(1)__.

I further state that I am __OFFICER MICHAEL MUDD__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

---
Signature of Complainant
**OFFICER MICHAEL MUDD**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at   __Washington, D.C.__
Date                                                City and State

_____              _____

**Name & Title of Judicial Officer**                **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On Saturday, November 4, 2006, sworn officers with the Metropolitan Police Department received a broadcast that Prince George's County Police were pursuing an SUV vehicle in reference to armed carjacking that occurred in Prince George's County, Maryland. Metropolitan Police saw the vehicle stop at 47th and East Capitol Streets, S.E. Washington, D.C. Defendants Anthony Winslow and Tiffany Paige exited the vehicle, ran and entered 4654 A Street, S.E., Washington, D.C. Officers followed, and saw both defendants in the rear lefthand bedroom of the residence. When officers entered the residence they saw, a large green weed plant, and some crack in the dining room. Officers saw photos of defendant Paige and mail matter in her name in the bedroom where they had stopped both defendants. Officers placed defendant Paige under arrest. Recovered from defendant Paige's person, was $780.00 in U.S. Currency. Recovered from the driver's seat of the vehicle both defendants had been seen exiting, was a loaded Ruger 9mm handgun, with an extended magazine. Officers placed defendant Winslow, who was the driver of the vehicle, under arrest. Officers then obtained an emergency D.C. Superior Court search warrant for 4654 A Street, S.E., Washington, D.C. Recovered in the search warrant was Norinco 7.62 x 39 mm assault rifle and magazine, 4 scales, 9mm ammunition, .380 caliber ammunition, 7.62 x 39 mm ammunition, additional magazines, empty ziplocks, Pyrex measuring cup with residue, a black purse containing defendant Paige's identification and $1,120.00 in U.S. Currency, 1 ziplock containing a green weed like substance, 176 grams of a white rock-like substance, and 580 grams of a green weed-like substance. A portion of the white rock-like substance field tested positive for cocaine, and a portion of the green weed-like substance field tested positive for THC. Also recovered from the bedroom where the defendants were stopped was paper matter in defendant Winslow's name. To the best of the undersigned officer's knowledge, defendant Anthony Winslow has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. 2001-FEL-001876. Before filing this complaint, the officer reviewed at least one computer print-out of the defendants' criminal history and it showed that the defendant had been convicted of such a crime. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize them again in the future. To the best of this officer's knowledge, there are no Ruger 9mm handguns, Norinco 7.62 x 39mm assault rifles, nor ammunition, manufactured in the District of Columbia.

_____
OFFICER MICHAEL MUDD
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF NOVEMBER, 2006.

_____
U.S. MAGISTRATE JUDGE